# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| APRIL COKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:14-cv-00279-JHE |
| STALLIONS AUTO SALES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, costs to be taxed as paid.

DONE this 22nd day of October 2015.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE